UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**DAVID CLARKE,**

          Plaintifff,                     CV No. 03-1173-MA

vs.                                ORDER

**COMMISSIONER of Social Security**,

          Defendant.

Based on the parties' stipulation (#31), attorney fees in the amount of $5,600.00, expenses in the amount of $16.53, and costs in the amount of $175.00 are hereby awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

IT IS SO ORDERED.

DATED this  24__ day of June, 2005.

                          /s/  Malcolm F. Marsh
                         Malcolm F. Marsh
                         United States District Judge