FILED'08 NOV 03 14:17 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DAVID CLARK,

          Plaintiff,                      CV 03-1173-MA

    v.                                   ORDER

MICHAEL J. ASTRUE,
Commissioner of
Social Security,

          Defendant.

    Attorney fees in the amount of $12,274.00 are hereby awarded

to plaintiff's attorney pursuant to 42 U.S.C. §406(b).  The court

finds this is a reasonable fee.  Previously, this court awarded

$5,600.00 pursuant to the Equal Access to Justice Act (EAJA), 28

U.S.C. §2412.  When issuing the §406(b) check, the agency is

directed to subtract the amount previously awarded under the

EAJA, and to send to plaintiff's attorney, Tim Wilborn, at his

current address, P.O. Box 2768, Oregon City, OR 97045, the

1 - ORDER

balance of $6,674.00, minus any user fee.  Any amount withheld

(including the EAJA fee offset) after all administrative and

court attorneys fees are paid should be released to the claimant.

IT IS SO ORDERED.

DATED this __3__ day of *November* , 2008.

*Malcolm F. Marsh*
Malcolm F. Marsh
United States District Judge

2 - ORDER